# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jaime Cisneros-Garcia ,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:08-cv-618
                                          3:03-cr-96-1

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2010 Order.

                                                        Signed: January 4, 2010

                                                        */s/ Frank G. Johns*

                                                        Frank G. Johns, Clerk
                                                        United States District Court