# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jaime Cisneros-Garcia ,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-618
3:03-cr-96-1

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2010 Order.

Signed: January 4, 2010

Frank G. Johns, Clerk
United States District Court